## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MATTHEW HOPKINS**                                                                                 **PLAINTIFF**

v.                                        No. 3:11CV00136-JLH-BD

**GERALD McCLUNG,** *et al.*                                                                         **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**:

The following recommended disposition has been sent to United States District Court Chief Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition. A copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

**II.   Background**:

On July 11, 2011, Plaintiff Matthew Hopkins, an inmate housed at the Clay County Detention Center, filed this case *pro se* under 42 U.S.C. § 1983.  (Docket entry #1)  Mr. Hopkins did not pay the statutory $350.00 filing fee; nor did he submit an application to proceed *in forma pauperis* so that he could pay the filing fee over time.

On July 13, 2011, Mr. Hopkins was order to pay the filing fee or to file an application to proceed *in forma pauperis* within 30 days.  He has done neither, and the time to do so has passed.  Mr. Hopkins was warned that failure to comply with the Court's Order could result in dismissal of his case.

**III.  Conclusion**:

Mr. Hopkins has not complied with this Court's July 13, 2011 Order, and the filing fee remains unpaid.  For that reason, the Court recommends that Judge Holmes dismiss Mr. Hopkins's claims, without prejudice, under Local Rule 5.5(c)(2).

DATED this 29th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE