# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MATTHEW HOPKINS,                                                                           PLAINTIFF
ADC #135520

v.                                      NO. 3:11CV00136 JLH-BD

GERALD McCLUNG, *et al.*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition of Magistrate Judge Beth Deere. Hopkins has not filed objections to the recommendation. After reviewing the record *de novo*, Judge Deere's findings are approved and adopted in all respects. Hopkins's claims are DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE