# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MATTHEW HOPKINS,                                                                                    PLAINTIFF
ADC #135520

v.                                         NO. 3:11CV00136 JLH-BD

GERALD McCLUNG, *et al.*                                                                      DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE